**KHALE J. LENHART, #7-4581**
**MACRINA M. JERABEK, #7-5757**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
mjerabek@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ALVIN WARREN and CHESTER WARREN,<br><br>   Plaintiffs,<br><br>  vs.<br><br>RUN-RITE TRUCKING,<br><br>   Defendant. | Civil No. 19-CV-55-J |

## *NOTICE OF COMPLEXITY OF CIVIL CASE*

Pursuant to U.S.D.C. Local Rule 16.4, the Defendant, Run-Rite Industries, LLC d/b/a Run-Rite Trucking, Inc. hereby notifies the Court and opposing parties that the above named civil case is:

  __X__  NON-COMPLEX   ____  COMPLEX

Dated: 26 April 2019.

          RUN RITE INDUSTRIES, LLC d/b/a RUN-RITE TRUCKING, INC., Defendant

BY: _____
     KHALE J. LENHART, #7-4581
     MACRINA M. JERABEK, #7-5757
     OF HIRST APPLEGATE, LLP
     Attorneys for Defendant
     P. O. Box 1083
     Cheyenne, WY 82003-1083
     Phone: (307) 632-0541
     Fax: (307) 632-4999
     klenhart@hirstapplegate.com
     mjerabek@hirstapplegate.com

## CERTIFICATE OF SERVICE

    I certify the foregoing *Notice of Complexity of Civil Case* was served upon all parties to this action pursuant to the Federal Rules of Civil Procedure on 26 April 2019, and that copies were served as follows:

| | |
|---|---|
| Robert M. Shively<br>Rob Shively, P.C.<br>536 South Center Street<br>Casper, WY 82601<br>*Co-counsel for Plaintiff Alvin Warren* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Fred H. Shepherd<br>Vickery & Shepherd, LLP<br>301 W. Lincolnway<br>Cheyenne, WY 82001<br>*Co-counsel for Plaintiff Alvin Warren* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |
| Fred J. Harrison<br>Frederick J. Harrison, PC<br>301 W. Lincolnway<br>Cheyenne, WY 82001<br>*Attorney for Plaintiff Chester Warren* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☑ E-FILE |

_____
OF HIRST APPLEGATE, LLP
Attorneys for Defendant